No. D–925. IN RE DISBARMENT OF MELARO. Disbarment entered. [For earlier order herein, see 497 U. S. 1055.]

No. D–949. IN RE DISBARMENT OF WILSON. Disbarment entered. [For earlier order herein, see 498 U. S. 956.]

No. D–960. IN RE DISBARMENT OF BROADHURST. Disbarment entered. [For earlier order herein, see 498 U. S. 1044.]

No. D–961. IN RE DISBARMENT OF MILLER. Disbarment entered. [For earlier order herein, see 498 U. S. 1044.]

No. D–982. IN RE DISBARMENT OF PEARSON. It is ordered that Alfonso Nathaniel Pearson, of Burnwell, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–983. IN RE DISBARMENT OF STITT. It is ordered that Clyde W. Stitt, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 117, Orig. MISSISSIPPI v. UNITED STATES ET AL. Motion for leave to file bill of complaint denied.

No. 89–1895. ASTORIA FEDERAL SAVINGS & LOAN ASSN. v. SOLIMINO. C. A. 2d Cir. [Certiorari granted, 498 U. S. 1023.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1905. WISCONSIN PUBLIC INTERVENOR ET AL. v. MORTIER ET AL. Sup. Ct. Wis. [Certiorari granted, 498 U. S. 1045.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–34. EXXON CORP. v. CENTRAL GULF LINES, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 498 U. S. 1045.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–368. TOIBB v. RADLOFF. C. A. 8th Cir. [Certiorari granted, 498 U. S. 1060.] Motion of the Solicitor General for divided argument granted.

No. 90–659. GOLLUST ET AL. v. MENDELL ET AL. C. A. 2d Cir. [Certiorari granted, 498 U. S. 1023.] Motion of the Acting